JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:   (415) 744–6491
FAX:   (415) 744-6476
e-mail:  david.glazer@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPRAWLDEF and SIERRA CLUB,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al*.,<br><br>    Defendants. | No. 3:15-cv-02331-LB<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FEDERAL DEFENDANTS TO ANSWER AMENDED COMPLAINT<br><br>Date:   N/A<br><br>Time:  N/A<br><br>Courtroom No. C, 15th Floor<br><br>Hon. Laurel Beeler |

*SPRAWLDEF and Sierra Club v. Federal Emergency Management Agency, et al.*, No. 1:15-cv-02331-LB
Stipulation and Proposed Order Extending Time for Federal Defendants to Answer Amended Complaint

1   Plaintiffs SPRAWLDEF and Sierra Club and Federal Defendants Federal Emergency Management Agency and Karen Armes stipulate, subject to Court approval, that the Federal Defendants may have up to and including September 14, 2015, to respond to the amended complaint once it is filed. In accordance with the Court's Text order of August 8, 2015, ECF No. 25, Plaintiffs anticipate filing their amended complaint shortly.

In support of this stipulation, Federal Defendants represent as follows:

1.   Counsel for the Federal Defendants will be out of the country from August 11 through August 24. Decl. of David B. Glazer ¶ 2. Federal Defendants' response to the amended complaint will likely be due during that time or very soon after, if the amended complaint is filed shortly. *Id*.

2.   Counsel will not have access to e-mail or to any Department of Justice systems while he is away, making it impossible to work on Federal Defendants' response to the amended complaint during that time, or to perform any other official functions. Glazer Decl. ¶ 3.

3.   Federal Defendants have not asked for any other extensions of time in this case, Glazer Decl. ¶ 4, and the requested extension will not affect the litigation schedule proposed in the parties' Joint Case Management Statement, ECF No. 23.

4.   Plaintiffs do not oppose Federal Defendants' request that their response to the amended complaint be due on September 14. Glazer Decl. ¶ 5.

Accordingly, the parties stipulate that Federal Defendants may have until September 14, 2015, to respond to the amended complaint

SO STIPULATED:

DATED:  August 10, 2015            JOHN C. CRUDEN
                                   Assistant Attorney General
                                   Environment & Natural Resources Division

                                   /s/*David B. Glazer*
                                   DAVID B. GLAZER
                                   Natural Resources Section

*SPRAWLDEF and Sierra Club v. Federal Emergency Management Agency, et al.*, No. 1:15-cv-02331-LB
Stipulation and Proposed Order Extending Time for Federal Defendants to Answer Amended Complaint          1

Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California
Tel:    (415) 744-6491
Fax:   (415) 744-6476
E-mail:  David.Glazer@usdoj.gov

*Attorneys for Federal Defendants*

/s/ <u>Kelly T. Smith</u>
Kelly T. Smith 196821
THE SMITH FIRM
5453 Parish Court
Sacramento, CA 9582
T: (916) 930-1960
M: (916) 607-1998
ktsmith@thesmithfirm.com

*Attorneys for Plaintiffs*

### ATTESTATION OF COUNSEL

I attest that I have secured the concurrence of the counsel whose signature appears above as to the form and contents of this document and his authorization to file this document on his behalf, as evidenced by the conformed signature appearing above.

DATED:  August 10, 2015

/s/ *David B. Glazer*
DAVID B. GLAZER

### [~~PROPOSED~~ ORDER]

The foregoing Stipulation is APPROVED, and the Federal Defendants may have up to and including September 14, 2015, to answer the amended complaint.

```
See Court's Previous Text Order entry authorizing alternative process of the reply or
existing answer.
```

DATED:  August 11, 2015                                   _____
                                                          LAUREL BEELER
                                                          UNITED STATES MAGISTRATE JUDGE

*SPRAWLDEF and Sierra Club v. Federal Emergency Management Agency, et al.*, No. 1:15-cv-02331-LB
Stipulation and Proposed Order Extending Time for Federal Defendants to Answer Amended Complaint          2

CERTIFICATE OF SERVICE

I, David B. Glazer, hereby certify that, on August 10, 2015, I caused the foregoing to be served upon counsel of record through the Court's electronic service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 10, 2015                    /s/*David B. Glazer*
                                            David B. Glazer