UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SPRAWLDEF, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, et al., <br><br> Defendants. | Case No. 3:15-cv-02331-LB <br><br> **SCHEDULING ORDER** |

The court held a case-management conference on August 27, 2015 and issues this case-management and pretrial order.

## I. GENERALLY APPLICABLE RULES

Parties must comply with the procedures in the Federal Rules of Civil Procedure, the local rules, the general orders, Judge Beeler's standing order, and the Northern District's general standing order for civil cases titled "Contents of Joint Case Management Statement." Local rules, general orders, general standing orders, and a summary of the general orders' electronic filing requirements (including the procedures for emailing proposed orders to chambers) are available at http://www.cand.uscourts.gov (click "Rules" or "ECF-PACER").

## II. CASE-MANAGEMENT DATES

All hearings will be held in Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The following are the disclosure, filing, and hearing dates:

ORDER (No. 3:15-cv-02331-LB)

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Plaintiffs' deadline to file motion for summary judgment | 10/20/2015 |
| Federal Defendants' deadline to file (1) opposition to Plaintiffs' motion for summary judgment and (2) cross-motion for summary judgment | 12/8/2015 |
| Plaintiffs' deadline to file (1) reply in support of their motion for summary judgment and (2) opposition to Federal Defendants' cross-motion for summary judgment | 1/29/2015 |
| Federal Defendants' deadline to file reply in support of their cross-motion for summary judgment | 3/25/2016 |
| Hearing date for Plaintiffs' motion for summary judgment and Federal Defendants' cross-motion for summary judgment | 5/5/2016 |

The court also adopts the procedure for lodging a joint appendix that the parties proposed in ECF No. 55 in Case No. 3:15-cv-01057 LB.

**IT IS SO ORDERED.**

Dated: September 4, 2015

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (No. 3:15-cv-02331-LB)

2