Kelly T. Smith 196821
THE SMITH FIRM
5453 Parish Court
Sacramento, CA  9582
T: (916) 930-1960
M: (916) 607-1998
ktsmith@thesmithfirm.com

Attorney for Plaintiffs
SPRAWLDEF and SIERRA CLUB

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRAWLDEF et al,<br><br>    Plaintiffs,<br><br>vs.<br><br>FEMA et al,<br><br>    Defendants. | Case No. 3:15-cv-02331-LB<br><br>**STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE AND HEARING DATE** ; ORDER<br><br>Hearing:<br>Date:       May 5, 2015<br>Time:       9:30 a.m.<br>Courtroom C, 15th Floor<br><br>Before the Hon. Laurel Beeler |

## INTRODUCTION

On September 4, 2015, pursuant to the Parties' request, the Court issued an order referring this case to mediation with a deadline of October 15, 2015 to hold the mediation session. The Parties have been diligently attempting to schedule a series of mediation sessions with the mediator. The earliest possible mediation date that could accommodate all of the parties and the mediators is not until December 9 and 10, 2015. In the interim, separate on-site sessions will be held in November with the plaintiffs and defendants, respectively.

In order to accommodate the mediation dates available to the parties, the parties hereby stipulate and respectfully request the following:

1. The Court amend the September 4, 2015 Order to extend the October 15, 2015 mediation deadline until December 18, 2015;

2. The Court amend the September 4, 2015 Scheduling Order to extend the current briefing and hearing schedule as follows:

| Case Event | Current Dates | Proposed Dates |
|---|---|---|
| Plaintiff's deadline to file motion for summary judgment | 10/20/2015 | 1/19/2016 |
| Defendants' deadline to file (1) oppositions to Plaintiff's motion for summary judgment and (2) cross-motions for summary judgment | 12/8/2015 | 3/4/2016 |
| Plaintiff's deadline to file (1) reply in support of its motion for summary judgment and (2) oppositions to Defendants' cross-motions for summary judgment | 1/29/2016 | 4/11/2016 |
| Defendants' deadline to file replies in support of their cross-motions for summary judgment | 3/25/2016 | 5/9/2016 |
| Hearing date for Plaintiff's motion for summary judgment and Defendants' cross-motions for summary judgment | 5/5/2016 | 6/2/2016 |

IT IS SO STIPULATED.

Respectfully submitted,

DATE: October 16, 2015                  _____/s/_____
                                        JULIE THROWER
                                        Attorney for Defendants
                                        FEMA and KAREN ARMES, in her official capacity


DATE: October 16, 2015                  _____/s/_____
                                        TAMARA S. GALANTER
                                        Attorney for Defendant
                                        EAST BAY REGIONAL PARK DISTRICT


DATE: October 16, 2015                  _____/s/_____
                                        SELIA M. WARREN
                                        Attorney for Defendant
                                        CITY OF OAKLAND

STIPULATED REQUEST TO EXTEND BRIEF SCHEDULE AND HEARING DATE

DATE: October 16, 2015        _____/s/_____
SHIRAZ D. TANGRI
Attorney for Defendant
UNIVERSITY OF CALIFORNIA REGENTS

DATE: October 16, 2015        _____/s/_____
KELLY T. SMITH
Attorney for Plaintiffs
SPRAWLDEF and SIERRA CLUB

Dated: October 19, 2015

**APPROVED**
Judge Laurel Beeler
[Seal: United States District Court, Northern District of California]